_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 27, 2025**

_____
The Order of the Court is set forth below. The docket reflects the date entered.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                          CHAPTER 13 PROCEEDING
   JESSICA BERNICE BLAKLEY                        24-50879 KMS
   15 Sunlight Church Rd
   Buckatunna, MS  39322                              SSN:  XXX-XX-1951

## RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

   WAYNE COUNTY SCHOOL DISTRICT
   ATTEN: PAYROLL
   810 CHICKASAWHAY ST
   WAYNESBORO, MS  39367

was required to pay debtor's earnings or a portion thereof to:

   DAVID RAWLINGS, TRUSTEE
   LOCK P.O. BOX 871
   HATTIESBURG, MS  39403
   (601) 582-5011

<u>IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.</u>

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net