United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 24-50879-KMS

Jessica Bernice Blakley     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 4

Date Rcvd: Aug 26, 2025     Form ID: ntcds13v     Total Noticed: 55

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jessica Bernice Blakley, 15 Sunlight Church Rd, Buckatunna, MS 39322-9642 |
| 5387387 | + | Conduent/ACS, 181 Montour Run Road, Coraopolis, PA 15108-9408 |
| 5387388 | + | Continental Finance, 1st Bank Deleware, P.O. Box 11743, Wilmington, DE 19850-1743 |
| 5387390 | ++ | ECSI FEDERAL PERKINS LOAN SERVICER, ATTN DEPARTMENT OF EDUCATION, 1200 CHERRINGTON PARKWAY, SUITE 200, MOON TWP PA 15108-4354 address filed with court:, ECSI, Attn Bankruptcy, 1200 Cherrington Pkwy, Suite 200, Coraopolis, PA 15108 |
| 5387392 | + | Face Pace Mississippi, P.O. Box 306244, Nashville, TN 37230-6244 |
| 5387393 | + | Foxhill Cash, P.O. Box 70, Hiawatha, IA 52233-0070 |
| 5387394 | + | Fst State Bk, Pob 506, Waynesboro, MS 39367-0506 |
| 5387400 | + | MBSBPO, 1930 Olney Ave, Cherry Hill, NJ 08003-2016 |
| 5387407 | + | Network Services, 810 Hardy St., Hattiesburg, MS 39401-3667 |
| 5387409 | + | Pine Belt Credit, 1104 Cedar St, Ste B, Waynesboro, MS 39367-2417 |
| 5387421 | + | Waynesboro Family Obst, P.O. Box 1249, Waynesboro, MS 39367-1249 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5387380 | + | Email/Text: bankruptcy@rentacenter.com | Aug 26 2025 19:27:00 | AcceptanceNOW, Attn: Bankruptcy, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5387379 | + | Email/Text: bankruptcy@rentacenter.com | Aug 26 2025 19:27:00 | AcceptanceNOW, 5501 Headquarters Drive, Plano, TX 75024-5837 |
| 5387381 | + | Email/Text: bnc@teampurpose.com | Aug 26 2025 19:26:00 | Advance America, 4023 Kennette Pike, Ste 154, Wilmington, DE 19807-2018 |
| 5387383 | + | EDI: CRFRSTNA.COM | Aug 26 2025 23:23:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 5390456 | | EDI: CRFRSTNA.COM | Aug 26 2025 23:23:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 5387382 | + | EDI: CAPITALONE.COM | Aug 26 2025 23:23:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5387384 | + | EDI: CITICORP | Aug 26 2025 23:23:00 | Citi/Sears, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 5387389 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 26 2025 19:36:49 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 5387396 | | EDI: IRS.COM | Aug 26 2025 23:23:00 | Department of the Treasury, Internal Revenue Service, PO BOX 7346, Philadelphia PA 19101-7346 |
| 5387391 | + | Email/Text: EBN@edfinancial.com | Aug 26 2025 19:26:00 | EdFinancial Services, 120 N Seven Oaks Dr, Knoxville, TN 37922-2359 |

| District/off: 0538-6 | User: mssbad | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: ntcds13v | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| 5413548 | | Email/Text: bankruptcy@huntingtonmgt.com | Aug 26 2025 19:26:00 | Huntington National Management LLC, P.O Box 1158, Hamburg, NY 14075 |
| 5387395 | + | EDI: PHINGENESIS | Aug 26 2025 23:23:00 | Indigo, P.O. Box 205458, Dallas, TX 75320-5458 |
| 5387397 | + | Email/Text: ebone.woods@usdoj.gov | Aug 26 2025 19:26:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5387398 | | EDI: JEFFERSONCAP.COM | Aug 26 2025 23:23:00 | Jefferson Capital Sys, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 5404173 | | EDI: JEFFERSONCAP.COM | Aug 26 2025 23:23:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 5388936 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2025 19:36:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5387399 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2025 19:35:55 | Lvnv Funding, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 5387401 | | Email/Text: sheri@masinc.org | Aug 26 2025 19:26:00 | Merchants Adjustment Service, P.O. Box 7511, Mobile, AL 36670 |
| 5394688 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 26 2025 19:36:42 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5387404 | | Email/Text: ml-ebn@missionlane.com | Aug 26 2025 19:26:00 | Mission Lane, PO Box 105286, Atlanta, GA 30304 |
| 5387405 | | Email/Text: ml-ebn@missionlane.com | Aug 26 2025 19:26:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5387406 | | EDI: MSDOR | Aug 26 2025 23:23:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5387402 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 26 2025 19:35:53 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5410791 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2025 19:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5387403 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 26 2025 19:26:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 5413545 | + | EDI: AIS.COM | Aug 26 2025 23:23:00 | Mission Lane LLC, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5387408 | + | Email/Text: ABENTLEY@OKINUS.COM | Aug 26 2025 19:26:00 | Okinus, Inc, Po Box 691, Pelham, GA 31779-0691 |
| 5387411 | | EDI: PRA.COM | Aug 26 2025 23:23:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5387410 | + | EDI: PRA.COM | Aug 26 2025 23:23:00 | Portfolio Recovery Ass, 120 Corporate Blvd., Ste 100, Norfolk, VA 23502-4952 |
| 5387414 | | Email/Text: bankruptcy@springoakscapital.com | Aug 26 2025 19:26:00 | Spring Oaks Capital, 1400 Crossways Blvd, Suite 100 B, Chesapeake, VA 23334 |
| 5387412 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 26 2025 19:26:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 5387413 | + | Email/Text: angiec@mysfsinc.com | Aug 26 2025 19:26:00 | Southern Financial Sys, 2603 Oak Groves Rd, Ste B, Hattiesburg, MS 39402-8928 |
| 5387415 | + | Email/Text: member.solutions@sunbeltfcu.org | Aug 26 2025 19:26:00 | Sunbelt Federal Credit Union, 6885 US Highway 49 #3, Hattiesburg, MS 39402-7807 |
| 5387416 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 26 2025 19:26:00 | Tbom/Atls/Aspire, Po Box 105555, Atlanta, GA 30348-5555 |
| 5387417 | + | Email/Text: jcissell@bankofmissouri.com | Aug 26 2025 19:26:00 | The Bank of Missoui, 216 W 2nd St, Dixon, MO 65459-8048 |

| District/off: 0538-6 | User: mssbad | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 26, 2025 | Form ID: ntcds13v | Total Noticed: 55 |

| Recip ID | | Route | Date/Time | Name and Address |
|---|---|---|---|---|
| 5392951 | ^ | MEBN | Aug 26 2025 19:23:35 | U.S. Department of Education, ECSI Federal Perkins Loan Servicer, P.O. Box 836, Moon Township, PA 15108-0836 |
| 5387418 | ^ | MEBN | Aug 26 2025 19:23:14 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5391253 | + | Email/Text: EBN@edfinancial.com | Aug 26 2025 19:26:00 | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 5387386 | | Email/Text: dispute@velocityrecoveries.com | Aug 26 2025 19:26:00 | Cks Prime In, 1800 Route 34 N, Wall, NJ 07719 |
| 5387385 | | Email/Text: dispute@velocityrecoveries.com | Aug 26 2025 19:26:00 | CKS Financial, 1800 Route 34 N, Wall, NJ 07719 |
| 5387419 | | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Aug 26 2025 19:26:00 | Vanderbilt Mortgage, PO Box 9800, Maryville, TN 37802-9800 |
| 5391596 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Aug 26 2025 19:26:00 | Vanderbilt Mortgage and Finance, Inc., PO BOX 9800, Maryville, TN 37802-9800 |
| 5409179 | + | EDI: AIS.COM | Aug 26 2025 23:23:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5387420 | | Email/Text: twilliams@waynegeneralhospital.org | Aug 26 2025 19:26:00 | Wayne General Hospital, 950 Matthew Drive, Waynesboro, MS 39367 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | HUNTINGTON NATIONAL MANAGEMENT LLC, ATTN STANLEY KUBIAK, PO BOX 1158, HAMBURG NY 14075-9158, address filed with court:, Huntington National Management, PO Box 1158, Hamburg, NY 14075 |
| cr | *+ | US DEPARTMENT OF EDUCATION, 120 N SEVEN OAKS DRIVE, KNOXVILLE, TN 37922-2359 |
| cr | *+ | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |
| 5391314 | *+ | US Department of Education, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 4 of 4 |
| Date Rcvd: Aug 26, 2025 | Form ID: ntcds13v | Total Noticed: 55 |

        on behalf of Debtor Jessica Bernice Blakley trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 3

Form ntcds13v (12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.: 24−50879−KMS
Chapter: 13

In re:
  Jessica Bernice Blakley
  15 Sunlight Church Rd
  Buckatunna, MS 39322

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
  xxx−xx−1951

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

   You are hereby notified that on August 26, 2025, Jessica Bernice Blakley (the "Debtor") filed a Motion to Dismiss the above case pursuant to 11 U.S.C. § 1307(b) (the "Motion") (Dkt. # 45). On August 26, 2025, the court entered an *ex parte* order (Dkt. # 46) granting the Debtor's Motion.

   Pursuant to Miss. Bankr. L.R. 1017−1(f)(2)(C) any party in interest may file an objection to the Debtor's Motion within 14 days of entry of the order. Upon consideration of any objection timely filed, the court may, at its discretion, conduct a hearing or rule on the matter without a hearing.


Dated: 8/26/25

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790