

# INVOICE

Invoice # 8354
Date: 10/03/2025
Due On: 11/02/2025

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Jessica Bernice Blakley

## 05366-Blakley Jessica Bernice

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | JC | 11/14/2024 | Reviewed Order Granting 1st Application for Compensation; reviewed trustee's site to determine amount of attorney's fees paid to date; drafted Invoice, Notice, 2nd Application for Compensation, Affidavit, and proposed Order; drafted memo to TR with same attached for his review and approval; drafted e-mail memo to GM with attached Affidavit for her to obtain TR's signature and notarize. | 0.40 | $155.00 | $62.00 |
| Service | TR | 11/18/2024 | Review and approve fee app drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/18/2024 | Reviewed e-mail memo from TR regarding Notice with Application, Invoice, and proposed Order; revised same; reviewed e-mail memo from SA with attached Affidavit; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.20 | $155.00 | $31.00 |
| Service | JC | 11/19/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, Invoice, and Affidavit for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | TR | 12/06/2024 | Review: 24-50879-KMS Notice of | 0.10 | $360.00 | $36.00 |

|         |    |            |                                                                                                                                                                                                                                                                                                                                                                                                                                                      |      |          |         |
|---------|----|------------|------|------|----------|---------|
|         |    |            | Mortgage Payment Change Document# 42 |      |          |         |
| Service | TR | 12/17/2024 | Review: 24-50879-KMS Order on Application for Compensation Document# 43 | 0.10 | $360.00  | $36.00  |
| Service | JC | 03/19/2025 | Reviewed letter received from Vanderbilt Mortgage stating debtor owed her Feb. and March mortgage payments; reviewed confirmed plan - mortgage is being paid through the plan; reviewed docket - no modifications regarding mortgage; reviewed trustee's website - mortgage payments being disbursed; called Vanderbilt and spoke with Amy Burns; she reviewed debtor's file and informed they had received the disbursement from the trustee and that they usually do not send the letter when mortgage is in bankruptcy; she said to disregard the letter. | 0.30 | $155.00 | $46.50 |
| Service | KR | 07/21/2025 | Incoming Call: Telephone conference with debtor about converting and refiling; explained she can not convert; drafted email to debtor with the refiling packet; | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/19/2025 | Contact Debtor (Text/Email): Reviewed e-mail from CO informing debtor e-mailed her refile packet to our documents e-mail; reviewed e-mail and did not find it; reviewed case notes - debtor wanting to dismiss current case and refile a chapter 7; telephone conversation with KR regarding her conversation with debtor; reviewed Pacer - debtor has already filed 3 times with us; drafted e-mail to debtor informing we did not receive her refile packet; also informed that I reviewed her case file and she has already filed with us 3 times, therefore she cannot file a 4th time with us. | 0.40 | $155.00 | $62.00 |
| Service | JC | 08/19/2025 | Incoming Call: Telephone call from debtor informing she received the e-mail and she did send in the packet; informed her that I did not find it and that she cannot file a 4th time with us; she said even for ch 7; informed her that we cannot refile any chapter. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/19/2025 | Contact Debtor (Text/Email): | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Reviewed e-mail from debtor informing she did send the packet and provided the address; she added "law" into the address; drafted reply informing her that it is documents@therollinsfirm. com. | | | |
| Service | JC | 08/20/2025 | Incoming Call: Telephone call from debtor inquiring how to dismiss her case as she is wanting to refile. She cannot refile with us as she has already filed 3 times with us. Discussed that she will be behind on her debts; requested she send an e-mail or text message requesting a voluntary dismissal and stating that she understands she will be behind on her debts and that she will be responsible for all of her debts. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/20/2025 | Contact Debtor (Text/Email): Do you understand that if you dismiss your chapter 13 bankruptcy, you will be behind on the debts that were included in that bankruptcy? And do you understand that you will be personally responsible for paying any remaining balances on those debts that are not paid off during the course of that bankruptcy? | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/20/2025 | Reviewed e-mail from debtor informing she understands that she will be behind on her debts and will be responsible for paying them. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/21/2025 | Drafted memo to TR explaining why debtor wants to dismiss her case; reviewed previous cases filed with us; explained that she has filed 3 times with us and has not completed any of the BKs; requested he review for dismissal. | 0.20 | $155.00 | $31.00 |
| Service | JC | 08/26/2025 | Review memo from TR approving debtor's voluntary dismissal; drafted Motion to Dismiss and proposed Order; prepared same for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | CO | 08/26/2025 | Incoming Call: Phone conference with debtor asking how she will receive notice that her case was dismissed; Informed her she would receive a court notice in the mail. | 0.10 | $100.00 | $10.00 |
| Service | CO | 08/26/2025 | Incoming Call: Phone conference with | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor asking how she will receive notice that her case was dismissed; Informed her she would receive a court notice in the mail. | | | |
| Service | JC | 08/26/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring if I will send her a copy of the dismissal; drafted reply informing I will as soon as the Court enters its Order. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/26/2025 | Review: 24-50879-KMS Order on Motion To Dismiss Debtor Document# 46 | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/27/2025 | Contact Debtor (Text/Email): Reviewed Order on Motion to Dismiss; drafted e-mail to debtor attaching same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/28/2025 | Review: 24-50879-KMS Release of Wages Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | BB | 08/29/2025 | Incoming Call: Phone conference with debtor inquiring if the payment that was auto drafted after her case was dismissed will be refunded or go to creditors. Informed the debtor any payments received after the case is dismissed will be reviewed for refund. | 0.10 | $100.00 | $10.00 |
| Service | KR | 09/02/2025 | Reviewed court docket for all previous orders and invoices from Applications; reviewed the Trustee's website for amount of attorney fees paid to date; drafted first part of the lodestar and the Final Application for Compensation; drafted email memo to the Trustee's office inquiring if additional attorney fees will be paid out; | 0.70 | $155.00 | $108.50 |
| Service | KR | 09/03/2025 | Received email from Trustee's office with the amount we should receive towards the attorney fees | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/04/2025 | Contact Debtor (Text/Email): Reviewed e-mail from debtor inquiring if payment received after her dismissal will be refunded; reviewed TT's site and do not see a payment after dismissal; suggested she contact the TT's office. | 0.10 | $155.00 | $15.50 |
| Service | JC | 09/08/2025 | Reviewed trustee's site - final attorney fee not yet disbursed. | 0.10 | $155.00 | $15.50 |

Invoice # 8354 - 10/03/2025

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 10/03/2025 | Reviewed trustee's site to determine total attorney's fees disbursed | 0.10 | $155.00 | $15.50 |
| | | | | **Services Subtotal** | | **$799.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 11/18/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $72.61 | $72.61 |
| | | | **Expenses Subtotal** | | **$72.61** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.2 | $360.00 | $72.00 |
| Thomas Rollins | Attorney | 0.3 | $360.00 | $108.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 2.9 | $155.00 | $449.50 |
| Clara Ortega | Non-Attorney | 0.2 | $100.00 | $20.00 |
| Kerri Rodabough | Non-Attorney | 0.9 | $155.00 | $139.50 |
| | | | **Subtotal** | **$871.61** |
| | | | **Total** | **$871.61** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6638 | 08/14/2024 | $2,946.50 | $0.00 | $2,946.50 |
| 7219 | 12/13/2024 | $1,718.61 | $0.00 | $1,718.61 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 8354 | 11/02/2025 | $871.61 | $0.00 | $871.61 |
| | | | **Outstanding Balance** | **$5,536.72** |

Invoice # 8354 - 10/03/2025

**Total Amount Outstanding**            **$5,536.72**