**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Jessica Bernice Blakley                     Case No. 24-50879-KMS
         , Debtor                                    CHAPTER 13

### FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $2,845.50 | $101.00 | $2,946.50 | 28 | 08/09/2024 |
| $1,567.00 | $151.61 | $1,718.61 | 43 | 12/17/2024 |
| $799.00 | $78.61 | $877.61 | n/a | n/a |
| $5,211.50 | $331.22 | $5,542.72 | | |



# INVOICE

Invoice # 6638
Date: 07/15/2024
Due On: 08/14/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Jessica Bernice Blakley
15 Sunlight Church Road
Buckatunna, MS 39322

### 05366-Blakley Jessica Bernice

### Ch13 Refile - Jessica ***ineligible to convert***

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JAC | 04/22/2024 | review & repsond to email from JC | 0.10 | $360.00 | $36.00 |
| Service | BB | 04/23/2024 | Contact Debtor (Text/Email): Drafted email and text message introducing myself to the debtor and inquiring after documents needed for filing. | 0.30 | $100.00 | $30.00 |
| Service | KAR | 04/24/2024 | Reviewed and organized a Notice of Dismissal and a letter from Portfolio Recovery Associates | 0.20 | $100.00 | $20.00 |
| Service | KAR | 04/24/2024 | Contact Debtor (Text/Email): Drafted email to debtor containing letter from Portfolio Recovery Associates | 0.10 | $100.00 | $10.00 |
| Service | KAR | 04/24/2024 | Contact Debtor (Text/Email): Drafted email to debtor containing a letter received from Portfolio Recovery Associates | 0.10 | $100.00 | $10.00 |
| Service | JC | 04/29/2024 | Administrative - non-billable work: Drafted memo to BB informing how to respond to text message from debtor regarding paying truck note and mortgage. | 0.10 | $155.00 | $15.50 |
| Service | BB | 04/29/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor inquiring if she needs to pay her home and car note or if she should just wait to pay her case payments. Informed debtor we do recommend to pay on things as best she can until case is filed. Debtor inquired what documents are needed. Informed debtor which documents are needed to file her | 0.40 | $100.00 | $40.00 |

Invoice # 6638 - 07/15/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | case. Debtor requested the refile packet to be emailed to her. Drafted email to debtor with the refile packet. | | | |
| Service | JAC | 05/02/2024 | review & respond to email from BB re: NSLDS | 0.10 | $360.00 | $36.00 |
| Service | BB | 05/03/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Discovered debtor has student loans. Drafted email to debtor with information on how to retrieve the needed document for filing. | 0.30 | $100.00 | $30.00 |
| Service | BB | 05/06/2024 | Contact Debtor (Text/Email): Reviewed and drafted several texts with debtor discussing when and how she will be providing her documents needed for filing and which documents she needs to provide. Debtor requested our mailing address to mail her pay documents. Provided her out mailing address. | 0.30 | $100.00 | $30.00 |
| Service | BB | 05/14/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized tax, bank, pay, and packet documents into client documents file. | 0.50 | $100.00 | $50.00 |
| Service | BB | 05/16/2024 | Contact Debtor (Text/Email): Drafted email to debtor with updated list of documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/17/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized paypal documents into client documents file. Debtor attempted to send screenshots of cashapp. Informed her pages were missing and requested she include the full statements. | 0.30 | $100.00 | $30.00 |
| Service | BB | 05/20/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized creditor bills into client documents file. Debtor voiced concerns of not wanting to add certain debts to her case. Informed debtor to voice any concerns at the time of her meeting with the attorney. Drafted email to debtor with updated list of documents needed for filing. | 0.30 | $100.00 | $30.00 |
| Service | BB | 05/20/2024 | Review email from debtor: Reviewed email from debtor stating she mailed out requested documents on Friday. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/20/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized cashapp statements into client | 0.30 | $100.00 | $30.00 |

Invoice # 6638 - 07/15/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | documents file. | | | |
| Service | BB | 05/20/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized foster card statements into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/23/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting February paypal statement. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/29/2024 | Contact Debtor (Text/Email): Drafted email requesting February paypal statement needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 05/30/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized missing paypal statement into client documents file. | 0.30 | $100.00 | $30.00 |
| Service | BB | 05/30/2024 | Contact Debtor (Text/Email): Drafted email to debtor with instructions on how to provide the requested student loan document. | 0.10 | $100.00 | $10.00 |
| Service | BM | 05/30/2024 | Review of all documents (information packet, pay stubs, tax returns, bank statements, drivers license, and social security cards to ensure we have all documents for attorney to prepare case. Sent file to attorney. | 0.30 | $100.00 | $30.00 |
| Service | BB | 05/30/2024 | Contact Debtor (Text/Email): Drafted email to debtor with updated list of documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/04/2024 | Contact Debtor (Text/Email): Drafted email to debtor with updated list of documents needed for filing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/07/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized several bank and pay documents into client documents file. Drafted email to debtor with updated list of documents needed for filing. | 0.50 | $100.00 | $50.00 |
| Service | BB | 06/10/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized some pages from May bank statement. Reviewed unclear pictures of pay statements. Drafted email to debtor informing her there are pages missing from the bank statements and the pay stubs are unclear and included the list of documents still needed for filing. | 0.30 | $100.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BB | 06/10/2024 | Incoming Call: Phone conference with debtor discussing the received emails and documents the debtor emailed. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/10/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized several bank and pay documents into client documents file. | 0.50 | $100.00 | $50.00 |
| Service | BM | 06/11/2024 | Reviewed bank statements and paystubs to ensure we have all up-to-date for attorney, sent file to attorney. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/12/2024 | Review HD task that all docs are present & case is ready for input. Review matter for emergency contacts. Assign task lists for preparation of case | 0.20 | $360.00 | $72.00 |
| Service | BB | 06/14/2024 | Contact Debtor (Text/Email): Drafted email to debtor with instructions on how to provide the requested student loan document. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/14/2024 | Contact Debtor (Text/Email): Drafted text to debtor requesting emergency contact information. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/14/2024 | Review and organize documents provided by debtor: Reviewed and organized student loan document into client documents file. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/17/2024 | Prepare matrix for ∆ to review | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/17/2024 | Input Case - prepare petition, research social security number on PACER, review and select debts to import from CR, add debts in GIP not on CR, research Lexis Public Records | 0.50 | $360.00 | $180.00 |
| Service | BB | 06/17/2024 | Contact Debtor (Text/Email): Reviewed text from debtor with emergency contact information. Organized in debtors file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/17/2024 | Contact Debtor (Text/Email): Reviewed text from debtor inquiring after an update on her case. Informed the debtor the attorney is still working through her file. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/18/2024 | Contact Debtor (Text/Email): Drafted email to debtor sending them the matrix to confirm their creditors. | 0.10 | $100.00 | $10.00 |
| Service | BB | 06/18/2024 | Review email from debtor: Reviewed email from debtor stating there are two creditors on her matrix she would like to not include. Informed the debtor that is something discussed with the attorney at her meeting and for the matrix, we must include all | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | creditors she owes. | | | |
| Service | BB | 06/18/2024 | Review email from debtor: Reviewed email from debtor stating all creditors are listed on the matrix. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/20/2024 | Input Case - prepare schedules, SOFA. Calculate income for MT, I. Calculate plan payment. Review TT site for updated amounts owed from prior case | 0.50 | $360.00 | $180.00 |
| Service | BM | 06/20/2024 | Drafted and emailed Ch 13 Fee Agreement (this fee agreement is to supersede the prior generic bankruptcy fee agreement previously signed by the client) | 0.10 | $100.00 | $10.00 |
| Service | JAC | 06/21/2024 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | JAC | 06/21/2024 | review clio memo re: ∆ scheduled for signing appt | 0.10 | $360.00 | $36.00 |
| Service | JC | 06/24/2024 | Prepared signature pages for debtor's execution. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 06/24/2024 | Assisted TR w/ signing appointment - TR appeared via video - I obtained signatures from client after they concluded their meeting w/ TR | 0.50 | $100.00 | $50.00 |
| Service | JAC | 06/24/2024 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | JC | 06/24/2024 | Reviewed Declaration in Support of Motion to Extend; revised to add case number and date of filing; reviewed case notes and previous case notes to determine changes which allow her to be able to pay her plan payments now but could not find it; drafted memo to TR attaching same for his review. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/24/2024 | Drafted Motion to Extend Stay; drafted memo to TR attaching same for his review. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/24/2024 | Contact Debtor (Text/Email): Drafted text message to debtor providing case number. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/25/2024 | Contact Debtor (Text/Email): Reviewed Plan; drafted bankruptcy plan payments and other information letter (Yellow Page); drafted e-mail to debtor attaching same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/25/2024 | Reviewed debtor's plan to determine if plan payments are by wage order or direct pay. Assigned instructions to legal assistant to follow up to make sure wage order paying. | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 06/25/2024 | Review: 24-50879-KMS Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/25/2024 | Call w/ client to discuss declaration for M to Extend | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/25/2024 | Review and approve M to Extend drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 06/25/2024 | Contact Debtor (Text/Email): Reviewed memo from TR with attached Declaration in Support of Motion to Extend; drafted e-mail via Clio e-sign to obtain debtor's signature on same. | 0.10 | $155.00 | $15.50 |
| Service | JC | 06/25/2024 | Call Debtor: Called debtor, informed I e-mailed her the link to sign Declaration; held while she reviewed and signed; she said she was also laid off during the time when she was having financial issues; chat memo to TR regarding same. | 0.20 | $155.00 | $31.00 |
| Service | JC | 06/25/2024 | Reviewed Declaration in Support of Motion to Extend executed by debtor received via Clio e-sign; revised to add debtor's and TCs e-signatures; combined with Motion to Extend to prepare for uploading to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Expense | BB | 06/25/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $34.83 | $34.83 |
| Service | JC | 06/25/2024 | Reviewed Declaration of Mailing Motion to Extend Automatic Stay and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 06/25/2024 | Prepare notice of filing plan, review plan to determine creditors in 3.2/3.4, research registered agents for notice | 0.40 | $360.00 | $144.00 |
| Service | JC | 06/26/2024 | Reviewed Notice of Filing and Plan; combined Notice and Plan to one pdf and converted to format in preparation for upload to CertificateofService.com. | 0.10 | $155.00 | $15.50 |
| Expense | BB | 06/26/2024 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $66.17 | $66.17 |
| Service | BM | 06/26/2024 | Contact Debtor (Text/Email): Drafted text message to debtor informing them of the date and time of their meeting of creditors. Inquired as to a date and time for us to conduct a test meeting. | 0.10 | $100.00 | $10.00 |
| Service | JC | 06/27/2024 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |

Invoice # 6638 - 07/15/2024

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 06/27/2024 | Review: 24-50879-KMS Order Upon Employer Directing Deductions from Pay Document #13 | 0.10 | $360.00 | $36.00 |
| Service | BM | 06/27/2024 | Incoming Call: Debtor returned my call. Debtor stated that Advance America processed an payment today for payday loan. Told debtor contact loan company to see about having the funds refunded, and if not for her to then contact her bank. Told debtor to contact us if the loan company or bank is unable to assist her. | 0.20 | $100.00 | $20.00 |
| Service | TR | 06/28/2024 | Review: 24-50879-KMS Hearing Set - Bankruptcy Document# 12 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/28/2024 | Review: Proof of Claim 24-50879-KMS LVNV Funding, LLC Document # 1 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/02/2024 | Review: Proof of Claim 24-50879-KMS MS Dept of Revenue Document # 3 | 0.20 | $360.00 | $72.00 |
| Service | TR | 07/02/2024 | Review: Proof of Claim 24-50879-KMS CREDIT FIRST NA Document # 2 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/03/2024 | Review: Proof of Claim 24-50879-KMS US Department of Education Document # 4 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/05/2024 | Review: Proof of Claim 24-50879-KMS US Department of Education Document # 5 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/05/2024 | Review: 24-50879-KMS Notice of Mortgage Payment Change Document# 18 | 0.10 | $360.00 | $36.00 |
| Service | TR | 07/05/2024 | Review: Proof of Claim 24-50879-KMS Vanderbilt Mortgage and Finance, Inc. Document # 6 | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/08/2024 | Review: 24-50879-KMS Notice - Action Required Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 07/08/2024 | Contact Debtor (Text/Email): Reviewed and organized most of the required TT documents; drafted email to debtor requesting all June bank and pay | 0.60 | $100.00 | $60.00 |
| Service | KAR | 07/09/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting remaining required TT document; also text | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/10/2024 | Review email from debtor: Reviewed email from debtor stating that she received my request for documents, but that she was waiting until the June Paypal statement was posted and that she would have to get her pay stubs on Monday when she returns to work because she can only access them that way; drafted email to debtor notifying | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | her that June Paypal statements are posted and to go ahead and send what she has and just send pay stubs once she has gotten them on Monday | | | |
| Service | JAC | 07/10/2024 | Review: Proof of Claim 24-50879-KMS U.S. Department of Education Document # 8 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/10/2024 | Review: Proof of Claim 24-50879-KMS Sunbelt Federal Credit Document # 7 | 0.20 | $360.00 | $72.00 |
| Service | KAR | 07/11/2024 | Review and organize documents provided by debtor: Reviewed and organized additional required TT docs provided by debtor via email | 0.40 | $100.00 | $40.00 |
| Service | TR | 07/15/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 3.0 | $360.00 | $1,080.00 |
| Thomas Rollins | Attorney | 1.7 | $360.00 | $612.00 |
| Brooke Brueland | Non-Attorney | 6.0 | $100.00 | $600.00 |
| Jacki Curry | Non-Attorney | 1.7 | $155.00 | $263.50 |
| Breanne McDaniel | Non-Attorney | 0.8 | $100.00 | $80.00 |
| Kirsten Raimey | Non-Attorney | 2.1 | $100.00 | $210.00 |
| | | | Total | $2,946.50 |

# Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6638 | 08/14/2024 | $2,946.50 | $0.00 | $2,946.50 |
| | | | Outstanding Balance | $2,946.50 |
| | | | Total Amount Outstanding | $2,946.50 |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.



# INVOICE

Invoice # 7219
Date: 11/13/2024
Due On: 12/13/2024

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236

Jessica Bernice Blakley

## 05366-Blakley Jessica Bernice

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
| --- | --- | --- | --- | --- | --- | --- |
| Service | JC | 07/15/2024 | Drafted Invoice, Notice, First Application for Compensation, and proposed Order; drafted memo to TR with same attached for his review and approval. | 0.20 | $155.00 | $31.00 |
| Service | JC | 07/16/2024 | Reviewed Declaration of Mailing from CertificateofService.com and prepared 21-Day Notice with attached Declaration, Application for Compensation, Proposed Order, and Invoice for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | KAR | 07/16/2024 | Reviewed file to determine what documents were still needed for TT docs; drafted email to debtor requesting remaining required pay and bank for TT documents | 0.20 | $100.00 | $20.00 |
| Service | JAC | 07/16/2024 | Review: Proof of Claim 24-50879-KMS MERRICK BANK Document # 9 | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/16/2024 | Reviewed KAR's notes regarding collecting documents for trustee for 341; drafted chat memo to KAR to let debtor know we need to send the documents to the trustee today, and if we don't get them to him timely, her bankruptcy can be dismissed. | 0.10 | $155.00 | $15.50 |
| Service | KAR | 07/16/2024 | Incoming Call: Telephone conference with debtor stating that she emailed the requested pay stubs and that she already submitted her June bank statement for The First to BB before her case was filed; reviewed client documents for previously submitted bank statements for The First - the last submitted statement only went | 0.10 | $100.00 | $10.00 |

Page 1 of 8

|         |     |            |                                                                                                                                                                                                                                                                                                                                                                                                           |      |          |         |
|---------|-----|------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|---------|
|         |     |            | through the end of May - informed the debtor of this; debtor stated she would email the bank statement                                                                                                                                                                                                                                                                                                    |      |          |         |
| Service | KAR | 07/16/2024 | Review and organize documents provided by debtor: Reviewed and organized remaining required pay for TT documents provided by debtor via email                                                                                                                                                                                                                                                             | 0.20 | $100.00  | $20.00  |
| Service | KAR | 07/16/2024 | Review email from debtor: Reviewed email from debtor stating that she was having difficulties retrieving his June bank statement for the First, but that she was headed to the bank to get a copy there - stated she would email the statement by 5pm                                                                                                                                                     | 0.10 | $100.00  | $10.00  |
| Service | KAR | 07/16/2024 | Review and organize documents provided by debtor: Reviewed, merged, and organized remaining required bank for TT documents provided by debtor via email                                                                                                                                                                                                                                                   | 0.20 | $100.00  | $20.00  |
| Service | JC  | 07/18/2024 | Reviewed Schedule B for all bank accounts; reviewed documents compiled by KAR as requested by trustee for 341 MOC creditors including bank statements for 6 accounts, tax returns, pay advices, and copy of driver's license and Social Security card; printed and scanned 78 pages of bank statements and 15 pages of pay advices to reduce to a size suitable for transfer through online portal; submitted all documents via online portal to trustee. | 0.50 | $155.00  | $77.50  |
| Service | JC  | 07/18/2024 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court.                                                                                                                                                                                                                                                                                            | 0.10 | $155.00  | $15.50  |
| Service | JC  | 07/22/2024 | Reviewed e-mail from Edfinancial Services with attached Withdrawal of Claim; organized in case file.                                                                                                                                                                                                                                                                                                      | 0.10 | $155.00  | $15.50  |
| Service | JC  | 07/22/2024 | Reviewed e-mail from trustee's office requesting clearer copy of Social Security card; drafted memo to KAR regarding same.                                                                                                                                                                                                                                                                                | 0.10 | $155.00  | $15.50  |
| Service | JAC | 07/23/2024 | Review: Proof of Claim 24-50879-KMS Internal Revenue Servi Document # 10                                                                                                                                                                                                                                                                                                                                  | 0.20 | $360.00  | $72.00  |
| Service | KAR | 07/23/2024 | Review and organize documents provided by debtor: Reviewed and organized a letter from the social security administration stating that the debtor has ordered a new social security card provided by debtor via email                                                                                                                                                                                     | 0.10 | $100.00  | $10.00  |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | BM | 07/29/2024 | 341 reminder: Text message to debtor with reminder of 341 tomorrow with call-in instructions: Drafted text message to debtor reminding them of the date and time of their meeting of creditors | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/30/2024 | Ch 13 Meeting of Creditors | 0.20 | $360.00 | $72.00 |
| Service | JAC | 07/31/2024 | Amend Plan - review MS Dept of Revenue claim, update figures in BC. Update all amounts for filed claims in BC, calcualte plan payment. Prepare amended plan. | 0.30 | $360.00 | $108.00 |
| Service | JC | 08/02/2024 | Incoming Call: Telephone call from debtor; she said Jefferson Capital drafted her account for her truck payment; she said she called them and discussed it with them and informed they need to return the money to her account; she provided them her case number; she said she didn't get anywhere with it; told her I would call and see if I could get anywhere and asked for number to call and account number; she provided the number and her SS# as a reference; requested she call them and authorize them to speak with RLF and text me once she has done so; discussed calling back to stop the authorization for the draft. | 0.20 | $155.00 | $31.00 |
| Service | JC | 08/02/2024 | Incoming Call: Telephone call from debtor informing she authorized Jefferson Capital to speak with us and to call before 11:30 am because they close early on Friday. | 0.10 | $155.00 | $15.50 |
| Service | JC | 08/02/2024 | Called Jefferson Capital and spoke with Debbie in the BK department regarding a payment that was debited from debtor's bank account; she said the refund request has been submitted and the payment authorization has been stopped; she said that it was not stopped because the debtor had not requested they be stopped; we discussed the bankruptcy automatically stopping all collection efforts from them; she said they do not always know about the bankruptcy earlier enough to stop the payments and the debtor should always call and inform them; drafted text message to debtor informing the refund has been submitted and can take up to 30 days. | 0.40 | $155.00 | $62.00 |
| Service | JC | 08/02/2024 | Reviewed Amended Plan executed by debtor; revised through Best Case with date executed by debtor; reviewed POC; drafted Notice of modified plan; drafted memo to JAC to review. | 0.30 | $155.00 | $46.50 |

| Service | JAC | 08/02/2024 | review & approve drafted notice of amended plan | 0.10 | $360.00 | $36.00 |
| --- | --- | --- | --- | --- | --- | --- |
| Service | KAR | 08/02/2024 | Review email from debtor: Reviewed email from debtor inquiring on why the IRS was still sending her bill; drafted email to debtor informing her that since her TT has not received her payments yet, they have no disbursed any payments - let debtor know that the IRS would receive their payments and she could disregard the bills they have sent | 0.20 | $100.00 | $20.00 |
| Service | JC | 08/05/2024 | Reviewed memo from JAC regarding Notice of Modification; revised same; prepared Notice and Amended Plan for upload to CertificateofService.com. | 0.20 | $155.00 | $31.00 |
| Service | JC | 08/07/2024 | Prepared Amended Plan for filing with the Court; prepared Notice with Declaration for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 08/09/2024 | Review: Proof of Claim 24-50879-KMS Jefferson Capital Systems, LLC Document # 11 | 0.20 | $360.00 | $72.00 |
| Service | TR | 08/12/2024 | Review: 24-50879-KMS Order on Application for Compensation Document# 28 | 0.10 | $360.00 | $36.00 |
| Service | JC | 08/13/2024 | Contact Debtor (Text/Email): Reviewed memo from BB informing debtor stated she is getting correspondence from Santander but Jefferson Capital is her creditor; reviewed trustee's site for current bankruptcy, debtor's refile GIP, and trustee's site for previous bankruptcy; the creditor was changed from Santander to Jefferson Capital; drafted text message to debtor requesting she send a copy of the correspondence she is receiving from Santander. | 0.20 | $155.00 | $31.00 |
| Service | JC | 08/15/2024 | Contact Debtor (Text/Email): Reviewed text message from debtor informing she saw Santander on the list of creditors; reviewed creditor matrix; reviewed credit report; drafted reply informing Jefferson Capital and Santander are listed as Santander is on her credit report; informed her if she does not owe them, they will not file a proof of claim. | 0.20 | $155.00 | $31.00 |
| Service | TR | 08/19/2024 | Review: 24-50879-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 31 | 0.10 | $360.00 | $36.00 |

| Service | JAC | 08/28/2024 | Review: Proof of Claim 24-50879-KMS Midland Credit Management, Inc. Document # 14 | 0.10 | $360.00 | $36.00 |
| --- | --- | --- | --- | --- | --- | --- |
| Service | JAC | 08/28/2024 | Review: Proof of Claim 24-50879-KMS Merchants ADJ Service Document # 15 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/03/2024 | Review claims register and compare to the Plan to determine if additional claims are needed | 0.20 | $360.00 | $72.00 |
| Service | JAC | 09/04/2024 | Review: Proof of Claim 24-50879-KMS Huntington National Management LLC Document # 17 | 0.20 | $360.00 | $72.00 |
| Service | BB | 09/05/2024 | Review file to determine documents needed to file case - draft email to client requesting said documents: Reviewed NDC website and confirmed the TT is receiving the wage order payments. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 09/06/2024 | Draft objection to POC 17 | 0.30 | $360.00 | $108.00 |
| Service | KAR | 09/10/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting additional debt information | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/11/2024 | Review: 24-50879-KMS Order Confirming Chapter 13 Plan Document# 33 | 0.10 | $360.00 | $36.00 |
| Service | JC | 09/18/2024 | Revised Objection to Claim; converted to pdf format and separated Notice with Objection and proposed Order into separate documents in preparation for upload to the Court; prepared all documents and envelopes for mailing to creditors. | 0.30 | $155.00 | $46.50 |
| Service | TR | 11/13/2024 | Review and revise itemizations | 0.20 | $360.00 | $72.00 |
| **Non-billable services** | | | | | | |
| Service | TR | 07/15/2024 | Review and approve fee application drafted by JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/15/2024 | Reviewed memo from TR regarding Notice with Application, Invoice, and proposed Order; converted to pdf format and separated to appropriate documents to prepare for upload to CertificateofService.com | 0.10 | $155.00 | $15.50 |
| Service | KAR | 07/16/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting June bank and pay be submitted today or her case can be dismissed | 0.10 | $100.00 | $10.00 |
| Service | BB | 07/16/2024 | Contact Debtor (Text/Email): Drafted email | 0.10 | $100.00 | $10.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to debtor inquiring if their wages have started garnishing for their payments. | | | |
| Service | BB | 07/17/2024 | Review email from debtor: Reviewed email from debtor stating her wage order will most likely be taken out in her end of the month check. | 0.10 | $100.00 | $10.00 |
| Service | TR | 07/19/2024 | Review: 24-50879-KMS Order on Motion to Extend Automatic Stay Document# 24 | 0.10 | $360.00 | $36.00 |
| Service | KAR | 07/23/2024 | Contact Debtor (Text/Email): Drafted email to debtor requesting a clearer photo of her social security card | 0.10 | $100.00 | $10.00 |
| Service | KAR | 07/24/2024 | Review and organize documents provided by debtor: Reviewed and organized a new social security card provided by debtor via email | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/01/2024 | Contact Debtor (Text/Email): Drafted email to debtor inquiring if their wages have started garnishing for their payments. | 0.10 | $100.00 | $10.00 |
| Service | BB | 08/05/2024 | Review email from debtor: Reviewed email from debtor stating her employer informed her the wage order will start by the end of August. | 0.10 | $100.00 | $10.00 |
| Service | BM | 08/09/2024 | Review email from debtor: Reviewed email from debtor stating that she submitted her first plan payment to the Ch 13 trustee. Reviewed NDC to determine if they payment was received or not, it was. | 0.10 | $155.00 | $15.50 |
| Service | TR | 08/14/2024 | Review: 24-50879-KMS Minute Entry (CHAP) Document# 30 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/22/2024 | Review: Proof of Claim 24-50879-KMS Verizon Document # 12 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/28/2024 | Review: Proof of Claim 24-50879-KMS Midland Credit Management, Inc. Document # 13 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 09/04/2024 | Review: Proof of Claim 24-50879-KMS Mission Lane LLC Document # 16 | 0.10 | $360.00 | $36.00 |
| Service | TR | 09/05/2024 | Review and sign proposed confirmation order via email | 0.10 | $360.00 | $36.00 |
| Service | KAR | 09/11/2024 | Review email from debtor: Reviewed email from debtor stating that she was not aware of the debt we inquired about and had never heard of the creditor | 0.10 | $100.00 | $10.00 |
| Service | TR | 09/16/2024 | Review: 24-50879-KMS Notice of Requirement to Complete Course in | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Financial Management (ADI) Document# 36 | | | |
| Service | TR | 10/25/2024 | Review: 24-50879-KMS Order Regarding Objection to Claim Document# 39 | 0.10 | $360.00 | $36.00 |
| | | | | Services Subtotal | | $1,567.00 |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 07/15/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $83.79 | $83.79 |
| Expense | 08/05/2024 | Mailing Expense (certificateofservice.com) | 1.00 | $67.13 | $67.13 |
| Expense | 09/18/2024 | Postage: Objection to Huntington | 1.00 | $0.69 | $0.69 |
| | | | Expenses Subtotal | | $151.61 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.8 | $360.00 | $648.00 |
| Thomas Rollins | Attorney | 0.7 | $360.00 | $252.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 3.4 | $155.00 | $527.00 |
| Breanne McDaniel | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Kirsten Raimey | Non-Attorney | 1.2 | $100.00 | $120.00 |
| | | | Subtotal | $1,718.61 |
| | | | Total | $1,718.61 |

# Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 6638 | 08/14/2024 | $2,946.50 | $0.00 | $2,946.50 |

### Current Invoice

Invoice # 7219 - 11/13/2024

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 7219 | 12/13/2024 | $1,718.61 | $0.00 | $1,718.61 |
| | | | Outstanding Balance | $4,665.11 |
| | | | Total Amount Outstanding | $4,665.11 |